JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MELENA, JR., | CV 21-6769 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| ASRC INDUSTRIAL SERVICES, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's January 19, 2022 Order granting summary judgment in favor of defendants ASRC Industrial Services, LLC, D2 Industrial Services, and F.D. Thomas, Inc.("Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff Rafael Melena, Jr. ("Plaintiff"); and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

DATED: January 19, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE